# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| JEVARA GARDNER,<br>v.<br>CITY OF CHICAGO and UNKNOWN CHICAGO POLICE OFFICERS. | FILED: MAY 15, 2008<br>08CV2836       LI<br>JUDGE KENDALL<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jevara Gardner, Plaintiff

| | |
|---|---|
| NAME (Type or print)<br>Arthur Loevy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Arthur Loevy | |
| FIRM<br>Loevy & Loevy | |
| STREET ADDRESS<br>312 N May St, Ste 100 | |
| CITY/STATE/ZIP<br>Chicago, IL 60607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1682479 | TELEPHONE NUMBER<br>312-243-5900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |