IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JERVARA GARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2836 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| CITY OF CHICAGO and UNKNOWN CHICAGO POLICE OFFICERS, | ) ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION TO PRESERVE EVIDENCE

NOW COMES Plaintiff, JERVARA GARDNER, by his attorneys, LOEVY & LOEVY, and moves this Court for an Order to preserve certain physical evidence in the possession of the Chicago Police Department. In support, Plaintiff states as follows.

### Background

1. On May 11, 2008, Plaintiff Jervara Gardner was shot in the back by a Chicago police officer as he walked down an alley on Chicago's southside. Mr. Gardner was unarmed at the time of the shooting.

2. After being shot, as Mr. Gardner lay on the ground severely injured and fearing for his life, witnesses observed Chicago police officers placing a gun near his body. That gun did not belong to Mr. Gardner and was not possessed by Mr. Gardner at any time until Chicago police officer placed it on or near him.

3. It is Plaintiff's understanding that numerous witnesses to the shooting called 911 shortly thereafter. It is also Plaintiff's understanding that at some point the officers involved in

the shooting called for assistance. Thus, the Chicago Police Department should possess audio recordings and documents relevant to Plaintiff's claims, such as 911 emergency communications recordings and dispatch reports.

4. Furthermore, Chicago police officers now claim that Mr. Gardner had a gun on him at the time of the shooting and that they confiscated that gun. Therefore the gun should have been inventoried and in the possession of the Chicago Police Department.

5. The Chicago Police Department has a retention policy under which 911 recordings, certain documents, and other physical evidence is destroyed after thirty days.

6. Plaintiff, therefore, brings this Motion as soon as possible in order to preserve all of this crucial evidence.

### Service of this Motion

7. Because this case was filed only last week, this Motion is brought prior to the appearance of the Defendants. Accordingly Plaintiff has delivered a copy of this Motion to the appropriate attorneys at the Office of the Corporation Counsel for the City of Chicago by both facsimile and U.S. mail. Before the Motion date, Plaintiff's counsel will telephone supervisors within the Office of the Corporation Counsel to confirm receipt of this Motion and notice of hearing.

### Relief Sought

8. Plaintiff seeks an order directing the City of Chicago to preserve any and all physical evidence relating to the incident at issue in Plaintiff's Complaint. Specifically, Plaintiff requests that the Court order the City to preserve all physical evidence, including but not limited to any radio transmission tapes, 911 call recordings or transcripts, audiotapes, dispatch records, phone records, computer records and logs, created between 1:00 p.m. and 6:00 p.m. on May 11,

2008, the gun allegedly collected from the scene of the shooting, inventory records, and any investigation notes in existence now or in the future.

9. The relief sought herein will not unduly burden or prejudice the defendants

WHEREFORE, Plaintiff respectfully requests an Order directing the City of Chicago to preserve all physical evidence relating to the events alleged in the Complaint, including but not limited to any radio transmission tapes, 911 call recordings or transcripts, audiotapes, dispatch records, phone records, computer records and logs created between 1:00 p.m. and 6:00 p.m. on May 11, 2008, the gun allegedly collected from the scene of the shooting, inventory records, and any and all investigation notes in existence now or in the future.

RESPECTFULLY SUBMITTED,

/s/ Amanda Antholt
Attorneys for Plaintiff

Arthur Loevy
Jon Loevy
Michael Kanovitz
Amanda Antholt
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL 60607
(312)243-5900

Michael Johnson
Michael A. Johnson & Associates
415 North LaSalle St.
Suite 502
Chicago, IL 60610-4543