IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JERVARA GARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 2836 |
| v. | ) | |
| | ) | Judge Kendall |
| CITY OF CHICAGO and UNKNOWN CHICAGO POLICE OFFICERS, | ) ) ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

TO:   Ms. Naomi Avendano
      Chief Assistant Corporation Counsel
      30 North LaSalle St., Suite 1720
      Chicago, IL 60602-2502

   Please take notice that on May 29, 2008 at 9:00 a.m. I will appear before Judge Kendall in the court room usually occupied by her at 219 South Dearborn, Chicago, IL and then and there present Plaintiff's attached Motion to Preserve Evidence.

                        /s/ Amanda Antholt
                        Attorney for Plaintiff

Arthur Loevy
Jon Loevy
Amanda Antholt
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, IL 60607

## CERTIFICATE OF SERVICE

   I, Amanda Antholt, an attorney, certify that on May 22, 2008, I served a copy of the attached Plaintiff's Motion to the above-named parties of record by e-mail and by U.S. mail.

                        /s/ Amanda Antholt