IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JERVARA GARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 2836 |
| v. | ) | |
| | ) | Judge Kendall |
| CITY OF CHICAGO and UNKNOWN CHICAGO POLICE OFFICERS, | ) ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## NOTICE OF FILING

TO: Ms. Naomi Avendano
Chief Assistant Corporation Counsel
30 North LaSalle St., Suite 1720
Chicago, IL 60602-2502

Please take notice that on May 22, 2008, I electronically filed the Plaintiff's Amended Complaint with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division .

/s/ Amanda Antholt
Attorney for Plaintiff

Arthur Loevy
Jon Loevy
Amanda Antholt
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, IL 60607

## CERTIFICATE OF SERVICE

I, Amanda Antholt, an attorney, certify that on May 22, 2008, I served a copy of the attached Plaintiff's Motion to the above-named parties of record by email and U.S. mail.

/s/ Amanda Antholt