AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JEVARA GARDNER,

        Plaintiff,

V.

CITY OF CHICAGO, CHICAGO POLICE OFFICER PETER AMELIO #11341, and OTHER AS-YET UNKNOWN CHICAGO POLICE OFFICERS,
        Defendants.

CASE NUMBER: 08 C 2836

ASSIGNED JUDGE: Judge Kendall

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Peter Amelio # 11341
Chicago Police Department
Office of Legal Affairs
3510 S. Michigan Ave., 5th Floor
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Loevy & Loevy
312 N. May St., Ste. 100
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*J. Cervantes*
-----------------------------------
(By) DEPUTY CLERK

May 23, 2008
-----------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 5/28/08 |
| NAME OF SERVER (PRINT) Anne Gottschall | TITLE paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): certified mail, return receipt requested to: Peter Amelio #11341, Chicago Police Department, Office of Legal Affairs, 3510 S. Michigan Ave, 5th fl, Chicago, IL 60653

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/28/08
    Date

Signature of Server

312 N. May St, Ste 100, Chicago, IL 60607
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.