IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERVARA GARDNER, | ) | Case No: 08C 2836 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Hon. Judge Kendall |
| THE CITY OF CHICAGO and UNKNOWN | ) | |
| CHICAGO POLICE OFFICERS, | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

CITY OF CHICAGO'S RESPONSE
TO PLAINTIFFS' MOTION TO PRESERVE EVIDENCE

NOW COMES the Defendant City of Chicago, by one of its attorneys, and in response to Plaintiffs' Motion to Preserve Evidence, states as follows:

1. The undersigned attorney for the City of Chicago has discussed plaintiff's Motion to Preserve Evidence with one of plaintiff's attorneys, Ms. Antholt. The main points of these discussions have been documented in a letter to plaintiff dated May 28, 2008. (See letter attached as Exhibit A).

2. Based upon counsels' discussions, the City of Chicago and Plaintiff have agreed that the following items/documents should and will be preserved:

> The 9-1-1 calls related to the shooting incident at 5750 S. Damen on May 11, 2008;

> Approximately two hours of radio transmissions on Zone 6, starting from the time of the shooting incident and two hours after the shooting took place; The offender's weapon recovered at the scene;

> PDT transmissions related to the following beats for a time period of 1300hrs to 1600 hrs on May 11, 2008 (763D, 763E, 768C, 763A, 741, 732, 714, 745, 755,768, 711, 715, 771, 755, 720, 768D, 726) have been preserved;

1

The offender's weapon;

Police reports generated during and for the investigation of the aforementioned shooting incident, including detective supplemental reports, inventory sheets, the general offense case report, any general progress reports.
The police officer's weapon;

The police officer's weapon (discharged);

The following inventoried items have also been preserved and held (some of the following items are duplicates of items listed above):

| CPD Inventory number: | 11301995 |
|---|---|
| | 11301591 |
| | 11299765 |
| | 11299275 |
| | 11299274 |
| | 11299269 |
| | 11299256 |
| | 11299255 |
| | 11299224 |
| | 11299218 |
| | 11299206 |

**WHEREFORE**, Defendant, City of Chicago, agrees with plaintiff's Motion to Preserve as specified within this response and respectfully requests this court grant the relief sought as itemized within this response.

**DATED:**   **May 28, 2008**

                                                MARA S. GEORGES
                                                Corporation Counsel of the City of Chicago

                                                By: /s/Mary Anne Spillane
                                                     MARY ANNE SPILLANE
                                                     Assistant Corporation Counsel

30 N. LaSalle, Ste. 1720
Chicago, Illinois  60602
312/744-8371



**City of Chicago**
**Richard M. Daley, Mayor**

**Department of Law**

Mara S. Georges
Corporation Counsel

Special Litigation Unit
Suite 1720
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 744-8373 (FAX)
(312) 744-8677 (TTY)
www.cityofchicago.org

<u>Sent Via Facsimile</u>
May 28, 2008

Ms. Amanda Antholt
Loevy & Loevy
312 N. May Street
Chicago, Illinois 60607
312-243-5902

      Re:    *Jervara Gardner v. City of Chicago et al.*
               08C 2836

Dear Ms. Antholt:

This letter refers to the phone conversations we had yesterday and today regarding plaintiff's Motion for Preservation of Evidence. Please allow this letter to memorialize the following agreements and understandings regarding the evidence preserved in the aforementioned case.

The City and Plaintiffs have agreed that the following items/documents shall be preserved:

1. The 9-1-1 calls related to the shooting incident at 5750 S. Damen on May 11, 2008;

2. Approximately two hours of radio transmissions on Zone 6, starting from the time of the shooting incident and two hours after the shooting took place;

3. The offender's weapon recovered at the scene;

4. PDT transmissions related to the following beats for a time period of 1300hrs to 1600 hrs on May 11, 2008 (763D, 763E, 768C, 763A, 741, 732, 714, 745, 755,768, 711, 715, 771, 755, 720, 768D, 726) have been preserved.

5. Police reports generated during and for the investigation of the aforementioned shooting incident, including detective supplemental reports, inventory sheets, the general offense case report, any general progress reports.

6. The police officer's weapon;

7. The following inventoried items have also been preserved and held (some of the following items are duplicates of numbers 1-6







**City of Chicago**
**Richard M. Daley, Mayor**

**Department of Law**

Mara S. Georges
Corporation Counsel

Special Litigation Unit
Suite 1720
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 744-8373 (FAX)
(312) 744-8677 (TTY)

www.cityofchicago.org

Letter to Amanda Antholt
Loevy's Office
Page 2
May 28, 2008

of this letter):
CPD Inventory number:　　11301995
　　　　　　　　　　　　　11301591
　　　　　　　　　　　　　11299765
　　　　　　　　　　　　　11299275
　　　　　　　　　　　　　11299274
　　　　　　　　　　　　　11299269
　　　　　　　　　　　　　11299256
　　　　　　　　　　　　　11299255
　　　　　　　　　　　　　11299224
　　　　　　　　　　　　　11299218
　　　　　　　　　　　　　11299206

My main concern with the motion to preserve evidence is the scope and broad nature of the relief sought which is addressed in paragraph 8 of plaintiff's motion. Specifically, I inquired as to the length of time requested as to the 911 and radio transmissions. Furthermore, I wanted to insure that plaintiff was only seeking 911 calls as they related to this incident. In response, you stated that the five hour time-frame was included because you were not sure of the exact time of the shooting. Thus, it is my understanding that you are not seeking five hours of city-wide 9-1-1 calls and radio transmissions. In fact, you just wish to ensure that the calls and radio transmissions related to the incident involving Jervara Gardner are preserved. Thus, the City is not in opposition to preserving the evidence as itemized in this letter.

Thank you for your assistance in this matter. If you have any questions, please do not hesitate to call me.

Very truly yours,

Mary Anne Spillane
Special Litigation Counsel
312-744-8371

cc:　　All counsel of record




IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERVARA GARDNER, | ) | Case No: 08C 2836 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Hon. Judge Kendall |
| THE CITY OF CHICAGO and UNKNOWN | ) | |
| CHICAGO POLICE OFFICERS, | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

**TO:**   Arthur Loevy                                    Michael Johnson
         Jon Loevy                                       Michael A. Johnson & Associates
         Michael Kanovitz                                415 North LaSalle Street, Suite 502
         Amanda Antholt                                  Chicago, Illinois 60610
         Loevy & Loevy
         312 N. May St.
         Chicago, Illinois 60607

**PLEASE TAKE NOTICE** that on this 28th of May, 2008, I caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, CITY OF CHICAGO'S RESPONSE TO PLAINTIFFS' MOTION TO PRESERVE EVIDENCE, a copy of which is herewith served upon you.

### CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing NOTICE OF FILING and CITY OF CHICAGO'S RESPONSE TO PLAINTIFFS' MOTION TO PRESERVE EVIDENCE to be sent via the CM/ECF electronic filing system to the attorneys named above at the addresses therein shown on this 28th day of May, 2008.

                                                    Respectfully submitted,

                                                    /s/ Mary Anne Spillane
30 North LaSalle Street - Suite 1720                MARY ANNE SPILLANE
Chicago, Illinois 60602                             Assistant Corporation Counsel
(312) 744-8371