# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number:    08 C 2836

Jervara Gardner,
Plaintiff,
     v.                                      Judge Kendall
The City of Chicago, et al.                               Magistrate Judge Cole


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Peter Amelio

| | |
|---|---|
| **NAME** (Type or print)<br>Mary Anne Spillane | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>/s/Mary Anne Spillane | |
| **FIRM**<br>City of Chicago Law Department | |
| **STREET ADDRESS**   30 North LaSalle Street, Suite 1720 | |
| **CITY/STATE/ZIP**  Chicago, Illinois 60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>06238150 | **TELEPHONE NUMBER**<br>312-744-8371 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X     NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐     NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X     NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |