IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERVARA GARDNER, | ) | Case No: 08C 2836 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Hon. Judge Kendall |
| THE CITY OF CHICAGO and UNKNOWN | ) | |
| CHICAGO POLICE OFFICERS, | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

**CITY DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF GARDNER'S AMENDED COMPLAINT**

NOW COMES the Defendants City of Chicago and Peter Amelio, by one of their attorneys, respectfully move for an extension of time of 20 days, up to and including July 1, 2008, to answer or otherwise plead to the Amended Complaint of plaintiff Jervara Gardner.

In support of this motion, Defendants City of Chicago and Chicago police officer Peter Amelio state the following:

1. On May 22, 2008, plaintiff Gardner filed an amended complaint in this matter against defendants City of Chicago and police officer Peter Amelio. The initial complaint in this matter was filed mere days before the amended complaint was filed.

2. This lawsuit involves an incident which occurred on May 11, 2008 at or near 5750 South Damen, Chicago, Illinois.

3. The undersigned counsel has been diligent in seeking the information needed to answer or otherwise plead to the amended complaint. However, due to the recent

       nature of the incident, the undersigned counsel is still waiting to receive certain documents needed to fully answer the amended complaint.

4. Furthermore, police officer Peter Amelio was served on June 9, 2008, only two days before the filing of this motion.

5. It would be in the interest of economy to allow counsel for the officer and the City of Chicago to file its answers simultaneously instead of separately.

6. The undersigned counsel attempted to reach plaintiff's counsel this evening in order to seek agreement to this extension of time, but was unable to do so. However, I will continue to seek agreement from plaintiff's counsel and re-file an agreed motion if plaintiff counsel agrees to the extension of time.

**WHEREFORE**, Defendants, City of Chicago and police officer Peter Amelio, respectfully request that they be given an extension of time up to and including <u>July 1, 2008</u>, to answer or otherwise plead to Gardner's Amended Complaint.

**DATED:**    **June 11, 2008**

                                            MARA S. GEORGES
                                            Corporation Counsel of the City of Chicago

                                            By: /s/Mary Anne Spillane
                                                MARY ANNE SPILLANE
                                                Assistant Corporation Counsel

30 N. LaSalle, Ste. 1720
Chicago, Illinois  60602
312/744-8371