IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERVARA GARDNER, | ) | Case No: 08C 2836 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Hon. Judge Kendall |
| THE CITY OF CHICAGO and UNKNOWN | ) | |
| CHICAGO POLICE OFFICERS, | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**   Arthur Loevy           Michael Johnson
Jon Loevy           Michael A. Johnson & Associates
Michael Kanovitz           415 North LaSalle Street, Suite 502
Amanda Antholt           Chicago, Illinois 60610
Loevy & Loevy
312 N. May St.
Chicago, Illinois 60607

**PLEASE TAKE NOTICE** that on June 17, 2008 at 9:00 a.m. I will appear before Judge Kendall in the courtroom usually occupied by her at 219 South Dearborn, Chicago, Illinois, and then and there present the attached CITY OF CHICAGO'S AND PETER AMELIO'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD PLAINTIFF GARDNER'S AMENDED COMPLAINT.

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing NOTICE OF MOTION and CITY OF CHICAGO'S AND PETER AMELIO'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD PLAINTIFF GARDNER'S AMENDED COMPLAINT to be sent via the CM/ECF electronic filing system to the attorneys named above at the addresses therein shown on this 11th day of June, 2008.

Respectfully submitted,

/s/ Mary Anne Spillane
MARY ANNE SPILLANE
Assistant Corporation Counsel

30 North LaSalle Street - Suite 1720
Chicago, Illinois 60602
(312) 744-8371