IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JERVARA GARDNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 08 C 2836 |
| v. ) | |
| ) | Judge Kendall |
| CITY OF CHICAGO, CHICAGO POLICE ) | |
| OFFICER PETER AMELIO #11341, AND ) | |
| OTHER AS-YET UNKNOWN CHICAGO ) | |
| POLICE OFFICERS, ) | |
| ) | |
| Defendants. ) | **JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

TO:  Mary Anne V. Spillane
Office of the Corporation Counsel
30 North LaSalle St., Suite 1720
Chicago, IL 60602-2502

Please take notice that on July 9 at 9:00 a.m. I will appear before Judge Kendall in the court room usually occupied by her at 219 South Dearborn, Chicago, IL and then and there present Plaintiff's attached Motion to Preserve Evidence.

/s/ Amanda Antholt
Attorney for Plaintiff

Arthur Loevy
Jon Loevy
Amanda Antholt
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, IL 60607

## CERTIFICATE OF SERVICE

I, Amanda Antholt, an attorney, certify that on June 30, 2008, I served a copy of the attached Plaintiff's Motion by ECF electronic filing to counsel for all parties.

/s/ Amanda Antholt