IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JERVARA GARDNER,                                    )<br>                                                             )<br>          Plaintiff,                                )<br>                                                             )            08 C 2836<br>     v.                                              )<br>                                                             )            Judge Kendall<br>CITY OF CHICAGO, CHICAGO POLICE OFFICER              )<br>PETER AMELIO #11341, CHICAGO POLICE                  )<br>OFFICER KEITH SINKS # 18723, AND OTHER               )<br>AS-YET UNKNOWN CHICAGO POLICE OFFICERS,              )<br>                                                             )<br>          Defendants.                                )            JURY TRIAL DEMANDED | |

## JOINT INITIAL STATUS REPORT

1. <u>Attorneys of Record</u>:

The attorneys of record for Plaintiff are Arthur Loevy, Jon Loevy, Michael Kanovitz, and Amanda Antholt, all of Loevy & Loevy, and Michael Johnson, of Michael A. Johnson & Associates. Jon Loevy and Amanda Antholt are expected to try the case for Plaintiff.

The attorney of record for Defendants City of Chicago and Officer Amelio is Mary Anne Spillane, Special Litigation Counsel. Ms. Spillane will also be appearing on behalf of Officer Sinks and expects to try the case on behalf of Defendants.

2. <u>Basis of Federal Jurisdiction</u>:

This is an action arising under the laws of the United States with supplemental state law claims. Jurisdiction is proper under 28 U.S.C. § 1331 and 28 U.S.C. § 1367.

3. <u>Nature of Claims and Counterclaims</u>:

Plaintiff claims that the Defendant Officers violated his constitutional rights and committed violations of Illinois law by using excessive force against him by shooting him

without lawful justification. Plaintiff further claims that the City of Chicago's policies and practices caused the violation of his constitutional rights.

The Defendant Officers and Defendant City of Chicago deny Plaintiff's allegations.

4. <u>Parties Served</u>:

Defendant City of Chicago and Officer Amelio have been served. On July 10, 2008, a summons for Defendant Officer Sinks was sent by certified mail to Officer Sinks via the City of Chicago as set forth in Chicago's procedures for service of police officers.

5. <u>Principal Uncontested Issues of Facts and Law</u>:

The parties agree that the named Defendant Officers were agents of the City of Chicago and were acting under color of law. The parties further agree that Defendant Officer Amelio did fire his weapon at Plaintiff, causing Plaintiff to be shot.

6. <u>Principal Contested Issues of Facts and Law</u>:

   a. Whether Defendant Officer Amelio used excessive force in violation of Plaintiff's fourth amendment rights;

   b. Whether the Defendant Officers arrested Plaintiff without probable cause in violation of his fourth amendment rights;

   c. Whether the Defendant Officers engaged in a conspiracy to deprive Plaintiff of his constitutional rights;

   d. Whether Defendant Officer Amelio committed a battery upon Plaintiff under the law of Illinois;

   e. Whether the Defendant City of Chicago maintained a policy or widespread

practice that caused the violation of Plaintiff's constitutional rights such that the City of Chicago would itself be liable for the constitutional violation under Monell v. Dept. of Social Services of City of New York, 436 U.S. 658 (1978); and

   f.  The extent of Plaintiff's damages, if Defendants' are found to be liable for the injuries to Plaintiff.

  7.  Jury Trial Expected:

All parties have requested a trial by jury.

  8.  Discovery Undertaken and Anticipated:

Defendants intend to file a motion to stay this matter pending the outcome of the criminal charges against Plaintiff arising out of the same shooting incident.

Following the resolution of the motion to stay, the parties intend to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26 and to engage in written discovery and conduct depositions. Plaintiff further anticipates the possible use of a police practices expert on the subjects of Plaintiff's allegations against the officers and on the Monell claims. Defendants reserve the right to retain experts.

  9.  Trial Schedule:

The parties cannot anticipate when the matter will be ready for trial due to the pending criminal charges against Plaintiff and the Defendants' motion to stay, which will be filed by July 14, 2008.

  10.  Magistrate:

The parties are not unanimous in consenting to proceed before the Magistrate Judge.

  11.  Status of Settlement Discussions:

The parties have not had any settlement discussions to date.

RESPECTFULLY SUBMITTED,


/s/ Amanda Antholt
ATTORNEYS FOR PLAINTIFF
Arthur Loevy
Jon Loevy
Michael Kanovitz
Amanda Antholt
LOEVY & LOEVY
312 North May Street, Suite 100
Chicago, IL
(312) 243-5900


/s/ Mary Anne Spillane
ATTORNEY FOR DEFENDANTS
Mary Anne Spillane
Office of the Corporation Counsel
30 North LaSalle Street, Suite 1720
Chicago, IL 60602-2502
(312) 744-8371


## CERTIFICATE OF FILING

I, Amanda Antholt, an attorney, certify that on July 11, 2008, I served this document by ECF electronic filing as to each party, who are represented by counsel who use electronic filing.

/s/ Amanda Antholt

4