IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERVARA GARDNER, | ) | Case No: 08 C 2836 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Hon. Judge Kendall |
| THE CITY OF CHICAGO, CHICAGO | ) | |
| POLICE OFFICER PETER AMELIO, #11341 | ) | Magistrate Judge Cole |
| CHICAGO POLICE OFFICER KEITH | ) | |
| SINKS #18723, AND OTHER AS-YET | ) | |
| UNKNOWN CHICAGO POLICE OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

**TO:**   Arthur Loevy                           Michael Johnson
Jon Loevy                               Michael A. Johnson & Associates
Michael Kanovitz                    415 North LaSalle Street, Suite 502
Amanda Antholt                    Chicago, Illinois 60610
Loevy & Loevy
312 N. May St.
Chicago, Illinois 60607

**PLEASE TAKE NOTICE** that on July 17, 2008 at 9:00 a.m. I will appear before Judge Kendall in the courtroom usually occupied by her at 219 South Dearborn, Chicago, Illinois, and then and there present the attached CITY OF CHICAGO'S AND PETER AMELIO'S MOTION TO STAY PROCEEDINGS.

### CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing NOTICE OF MOTION and CITY OF CHICAGO'S AND PETER AMELIO'S MOTION TO STAY PROCEEDINGS to be sent via the CM/ECF electronic filing system to the attorneys named above at the addresses therein shown on this 14th day of JULY, 2008.

Respectfully submitted,

/s/ Mary Anne Spillane
MARY ANNE SPILLANE
Assistant Corporation Counsel

30 North LaSalle Street - Suite 1720
Chicago, Illinois 60602
(312) 744-8371
Attorney No. 06238150