**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Jervara Gardner
                              Plaintiff,

v.                                            Case No.: 1:08−cv−02836
                                              Honorable Virginia M. Kendall

City Of Chicago, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held and continued to 9/3/2008 at 09:00 AM.. Motion hearing held. Defendants' motion to stay[29] is taken under advisement. Response is to be filed by 8/6/2008. Reply is due by 8/20/2008. Court will rule by mail. Defendants' oral motion to stay their response to the amended complaint until the motion to stay has been resolved is granted.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.