IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JERVARA GARDNER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF CHICAGO, CHICAGO POLICE OFFICER ) <br> PETER AMELIO #11341, CHICAGO POLICE ) <br> OFFICER KEITH SINKS # 18723, AND OTHER ) <br> AS-YET UNKNOWN CHICAGO POLICE OFFICERS, ) <br> ) <br> Defendants. ) | 08 C 2836 <br><br> Judge Kendall <br><br><br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

**TO:**
Counsel of Record

PLEASE TAKE NOTICE THAT on August 25, 2008, I will appear before Judge Kendall in the courtroom usually occupied by her at 219 South Dearborn, Chicago, Illinois, and then and there present the attached Unopposed Motion for Withdrawal of Counsel.

S/Jon Loevy

_____
Attorney for Plaintiff

LOEVY & LOEVY
312 North May
Suite 100
Chicago, IL 60607

## CERTIFICATE OF SERVICE

The undersigned states that on August 6, 2008, I notified counsel of record by electronic means of the attached filing.

S/Jon Loevy

_____