IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERVARA GARDNER, | ) | Case No: 08C 2836 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Hon. Judge Kendall |
| THE CITY OF CHICAGO and UNKNOWN | ) | |
| CHICAGO POLICE OFFICERS, | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

**CITY OF CHICAGO'S AND PETER AMELIO'S AGREED MOTION
FOR EXTENSION OF TIME TO FILE ITS REPLY BRIEF
REGARDING DEFENDANTS' MOTION TO STAY THE PROCEEDINGS**

NOW COMES the Defendants City of Chicago and Peter Amelio, by one of their attorneys, and respectfully move for their first extension of time of two days, up to and including August 22, 2008, to file its reply brief regarding the City's and Officer Amelio's Motion to Stay the Proceedings.

In support of this motion, Defendants City of Chicago and Chicago police officer Peter Amelio state the following:

1. The undersigned attorney flew to and from Philadelphia, PA on Tuesday, August 19, 2008 for a deposition of an expert in another case which was only scheduled on August 14, 2008. Thus, the City has not had enough time to prepare its reply brief and requests a two-day extension.

2. Plaintiff's counsel, Mr. Jon Loevy, has agreed to this extension of time.

3. The filing of this reply brief will not affect the next court date on this matter, and the plaintiff will not be prejudiced as a result of this brief extension of time.

4.      This is the first time the City of Chicago and Officer Amelio have sought an extension of time on this matter.

**WHEREFORE**, Defendants, City of Chicago and police officer Peter Amelio, respectfully request that this court grant an extension of time up to and including August 22, 2008, to file its reply brief regarding the City's and Officer Amelio's Motion to Stay the Proceedings.

**DATED:**    **August 20, 2008**

                                                MARA S. GEORGES
                                              Corporation Counsel of the City of Chicago

                                By: /s/Mary Anne Spillane
                                    MARY ANNE SPILLANE
                                    Special Litigation Counsel

30 N. LaSalle, Ste. 1720
Chicago, Illinois  60602
312/744-8371