IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERVARA GARDNER, | ) | Case No: 08C 2836 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Hon. Judge Kendall |
| THE CITY OF CHICAGO and UNKNOWN | ) | |
| CHICAGO POLICE OFFICERS, | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**  Arthur Loevy                                 Michael Johnson
       Jon Loevy                                   Michael A. Johnson & Associates
       Michael Kanovitz                            415 North LaSalle Street
       Amanda Antholt                              Suite 502
       Loevy & Loevy                               Chicago, Illinois 60610
       312 N. May St.
       Chicago, Illinois 60607

        **PLEASE TAKE NOTICE** that on August 26, 2008 at 9:00 a.m. I will appear before
Judge Kendall in the courtroom usually occupied by her at 219 South Dearborn, Chicago,
Illinois, and then and there present the attached CITY OF CHICAGO'S AND PETER
AMELIO'S AGREED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY BRIEF
FOR DEFENDANTS' MOTION TO STAY THE PROCEEDINGS.

## CERTIFICATE OF SERVICE

        I hereby certify that I have caused true and correct copies of the above and foregoing
NOTICE OF MOTION and CITY OF CHICAGO'S AND PETER AMELIO'S AGREED
MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY BRIEF FOR DEFENDANTS'
MOTION TO STAY THE PROCEEDINGS to be sent via the CM/ECF electronic filing system
to the attorneys named above at the addresses therein shown on this 26th day of August, 2008.

                                              Respectfully submitted,

                                              /s/ Mary Anne Spillane
30 North LaSalle Street - Suite 1720          MARY ANNE SPILLANE
Chicago, Illinois 60602                       Assistant Corporation Counsel
(312) 744-8371