**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Jervara Gardner
                           Plaintiff,

v.                                            Case No.: 1:08−cv−02836
                                                  Honorable Virginia M. Kendall

City Of Chicago, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:City of Chicago's and Peter Amelio's agreed motion for extension of time to file its reply brief [36]regarding defendants' motion to stay the proceedings [29]is granted. Motion hearing held on 8/26/2008 regarding motion for extension of time within which to file reply [36] to motion to stay [29]. Reply due by 8/22/2008.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.